B1 (Official Form 1)(4/10)

| United States Bankruptcy Court
District of Nevada | Voluntary Petition |

| Name of Debtor (if individual, enter Last, First, Middle):
**WYRICK, GALE STEVEN** | Name of Joint Debtor (Spouse) (Last, First, Middle): |

| All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names): |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all)
**xxx-xx-6486** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):
**3258 DOVE RUN CREEK DR**
**LAS VEGAS, NV**               ZIP Code **89135** | Street Address of Joint Debtor (No. and Street, City, and State):               ZIP Code |

| County of Residence or of the Principal Place of Business:
**CLARK** | County of Residence or of the Principal Place of Business: |

| Mailing Address of Debtor (if different from street address):               ZIP Code | Mailing Address of Joint Debtor (if different from street address):               ZIP Code |

| Location of Principal Assets of Business Debtor
(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**WYRICK, GALE STEVEN** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Zachariah Larson                    May 17, 2010**<br>Signature of Attorney for Debtor(s)            (Date)<br>**Zachariah Larson 7787** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                           Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **WYRICK, GALE STEVEN** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ GALE STEVEN WYRICK**

Signature of Debtor  **GALE STEVEN WYRICK**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 17, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Zachariah Larson**
Signature of Attorney for Debtor(s)

**Zachariah Larson 7787**
Printed Name of Attorney for Debtor(s)

**LARSON & STEPHENS, LLC**
Firm Name

**810 S. CASINO CENTER BLVD.
SUITE 104
LAS VEGAS, NV 89101**
Address

**Email: zlarson@lslawnv.com**
**(702) 382-1170  Fax: (702) 382-1169**
Telephone Number

**May 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re  **GALE STEVEN WYRICK**
_____

Debtor(s)

Case No. _____

Chapter  **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ GALE STEVEN WYRICK**
                      **GALE STEVEN WYRICK**

Date:  **May 17, 2010**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of Nevada

In re  **GALE STEVEN WYRICK** _____  Case No. _____

Debtor(s)  Chapter  **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **GALE STEVEN WYRICK** | X **/s/ GALE STEVEN WYRICK** | **May 17, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **GALE STEVEN WYRICK** _____ ,

                                     Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 93,157.32 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 15,030,590.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 848,748.31 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 38,475,410.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 35,400.00 |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| | | Total Assets | 93,157.32 | | |
| | | Total Liabilities | | 54,354,748.82 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **GALE STEVEN WYRICK**

Debtor

Case No. _____

,

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **GALE STEVEN WYRICK**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re  **GALE STEVEN WYRICK** ,  Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | CASH ON PERSON | - | 20.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | US BANK CHECKING ACCOUNT ENDING IN: 9291 | - | 45.99 |
| | | | WELLS FARGO BUSINESS CHECKING ACCOUNT ENDING IN: 6172 | - | 5.00 |
| | | | WELLS FARGO SAVINGS ACCOUNT ENDING IN: 2641 | - | 5.33 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS AND FURNISHINGS | - | 10,330.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | PRIVATE LIBRARY | - | 2,340.00 |
| 6. | Wearing apparel. | | CLOTHING | - | 0.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | HOOD WITH SIGNATURES | - | 50.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **12,796.32**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                                    ,          Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | 100% INTEREST IN LVT MANAGEMENT, LLC | - | Unknown |
| | | 100% INTEREST IN TRIQ ULTRA LOUNGE, INC. | - | Unknown |
| | | 100% INTEREST IN WYRICK TELEVISION, INC. | - | Unknown |
| | | 50% INTEREST IN STEVE WYRICK MERCHANDISING, INC. | - | Unknown |
| | | 50% INTEREST IN WYRICK MAGICAL PRODUCTIONS, INC. | - | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **GALE STEVEN WYRICK**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **PENDING LAWSUIT COMMONLY KNOWN AS STEVE WYRICK ET AL V. PYRITZ PYROTECHNICS GROUP, LLC / CASE NUMBER A595962** | - | **Unknown** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 PORSCHE CARRERA 911** | - | **44,725.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **TOOLS OF TRADE** | - | **35,636.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >    **80,361.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                                          ,          Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **93,157.32** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re   **GALE STEVEN WYRICK**            ,    Case No. _____

                                   Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                   $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| CASH ON PERSON | Nev. Rev. Stat. § 21.090(1)(z) | 20.00 | 20.00 |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| US BANK CHECKING ACCOUNT ENDING IN: 9291 | Nev. Rev. Stat. § 21.090(1)(g)<br>Nev. Rev. Stat. § 21.090(1)(z) | 34.49<br>11.50 | 45.99 |
| | | | |
| WELLS FARGO BUSINESS CHECKING ACCOUNT ENDING IN: 6172 | Nev. Rev. Stat. § 21.090(1)(g)<br>Nev. Rev. Stat. § 21.090(1)(z) | 3.75<br>1.25 | 5.00 |
| | | | |
| WELLS FARGO SAVINGS ACCOUNT ENDING IN: 2641 | Nev. Rev. Stat. § 21.090(1)(g)<br>Nev. Rev. Stat. § 21.090(1)(z) | 4.00<br>1.33 | 5.33 |
| | | | |
| **Household Goods and Furnishings** | | | |
| HOUSEHOLD GOODS AND FURNISHINGS | Nev. Rev. Stat. § 21.090(1)(b) | 10,330.00 | 10,330.00 |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| PRIVATE LIBRARY | Nev. Rev. Stat. § 21.090(1)(a) | 2,340.00 | 2,340.00 |
| | | | |
| **Wearing Apparel** | | | |
| CLOTHING | Nev. Rev. Stat. § 21.090(1)(b) | 0.00 | 0.00 |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| HOOD WITH SIGNATURES | Nev. Rev. Stat. § 21.090(1)(a) | 50.00 | 50.00 |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 PORSCHE CARRERA 911 | Nev. Rev. Stat. § 21.090(1)(f) | 14,725.00 | 44,725.00 |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| TOOLS OF TRADE | Nev. Rev. Stat. § 21.090(1)(d) | 10,000.00 | 35,636.00 |

                                           Total:      **37,521.32**      **93,157.32**

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **GALE STEVEN WYRICK** ,                                    Case No. _____

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | SECURED NOTE | | | | | |
| CARL ROSS/SAFARI BUSINESS PARK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7850 S. DEAN MARTIN DRIVE, STE. 502 LAS VEGAS, NV 89139 | | - | 2007 PORSCHE CARRERA 911 | | | | | |
| | | | Value $                44,725.00 | | | | 30,000.00 | 0.00 |
| Account No. | | | UCC FILING ON LAS VEGAS MANAGEMENT, LLC | | | | | |
| FIFTH THIRD BANK (SOUTHERN INDIANA) ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 20 NW THIRD STREET 1MOC2A EVANSVILLE, IN 47739 | | - | | | | | | |
| | | | Value $                0.00 | | | | 0.00 | 0.00 |
| Account No. | | | UCC FILING | | | | | |
| STEPHEN TEBO/ TMLV LLC ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 1590 BROADWAY BOULDER, CO 80302 | | - | BUSINESS EXPENSE (POTENTIAL LAWSUIT) | | | | | |
| | | | Value $                0.00 | | | | 15,000,000.00 | 15,000,000.00 |
| Account No. | | | UCC FILING | | | | | |
| STEPHEN TEBO/ TMLV LLC ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 1590 BROADWAY BOULDER, CO 80302 | | - | BUSINESS EXPENSE | | | | | |
| | | | Value $                0.00 | | | | 590.00 | 590.00 |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | 15,030,590.00 | 15,000,590.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 15,030,590.00 | 15,000,590.00 |

B6E (Official Form 6E) (4/10)

In re  **GALE STEVEN WYRICK**                                                    Case No. _____
                                          ,
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **GALE STEVEN WYRICK**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2005-2006 | | | | | |
| **INTERNAL REVENUE SERVICE C/O BANKRUPTCY DEPT/MANAGING AGENT PO BOX 21126 PHILADELPHIA, PA 19114-0326** | - | | **PERSONAL TAXES** | | | | | 0.00 |
| | | | | | | | 110,000.00 | 110,000.00 |
| Account No. | | | **BUSINESS EXPENSE** | | | | | |
| **NEVADA DEPARTMENT OF TAXATION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1550 COLLEGE PARKWAY #115 CARSON CITY, NV 89706** | - | | | | | | | 738,748.31 |
| | | | | | | | 738,748.31 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 738,748.31 |
|---|---|---|
| | (Total of this page) | 848,748.31 / 110,000.00 |
| | Total | 738,748.31 |
| | (Report on Summary of Schedules) | 848,748.31 / 110,000.00 |

B6F (Official Form 6F) (12/07)

In re  **GALE STEVEN WYRICK**                                                      Case No. _____
                                          ,
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | BUSINESS EXPENSE | | | | |
| 4 WALL LIGHTING ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 3325 W SUNSET RD SUITE F LAS VEGAS, NV 89118 | - | | | | | | X | X | X | 686.44 |
| Account No. | | | | | | BUSINESS EXPENSE | | | | |
| A STORAGE ON WHEELS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5085 CECILE AVE. LAS VEGAS, NV 89115 | - | | | | | | | | | 375.00 |
| Account No. | | | | | | BUSINESS EXPENSE | | | | |
| ACE USA ATTN: BANKRUPTCY DEPT/ MANAGING AGENT ACE USA DEPT CH 14089 PALATINE, IL 60055-4089 | - | | | | | | | | | 3,857.00 |
| Account No. | | | | | | PERSONAL LOAN | | | | |
| ADAM CURTIS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4565 WYNN ROAD LAS VEGAS, NV 89103 | - | | | | | | | | | 7,500.00 |

__35__ continuation sheets attached

Subtotal (Total of this page)                                    12,418.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                                      ,    Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ADAMS LAW GROUP**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**9681 W SAHARA AVE #280**<br>**LAS VEGAS, NV 89117** | - | | **02/01/10**<br>**BUSINESS EXPENSE** | | | | **Unknown** |
| Account No.<br><br>**ADVANCED ENTERTAINMENT SERVICES**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**TOM GITTENS**<br>**4325 W RENO AVE**<br>**LAS VEGAS, NV 89118** | - | | **BUSINESS EXPENSE** | | | | **5,000.00** |
| Account No.<br><br>**AGILYSYS NV, LLC**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**1858 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674** | - | | **BUSINESS EXPENSE** | | | | **8,074.50** |
| Account No.<br><br>**ALBEN / MIDORI PRODUCTIONS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1750 ONIPAA STREET**<br>**HONOLULU, HI 96819** | - | | **POTENTIAL CLASS ACTION LAW SUIT** | | | | **Unknown** |
| Account No.<br><br>**ALLEGIANT AIR**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**8360 S DURANGO DR**<br>**LAS VEGAS, NV 89113** | - | | **BUSINESS EXPENSE** | | | | **6,859.00** |

Sheet no. __1__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,933.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GALE STEVEN WYRICK**                      ,     Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx1643** <br><br> **AMEX** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **PO BOX 297871** <br> **FORT LAUDERDALE, FL 33329** | - | | **OPENED 10/22/91** <br> **CREDIT CARD PURCHASES** | | | | **4.00** |
| Account No. <br><br> **ANDREW DICE CLAY / MIKE TRICARICHI** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **341 ARBOUR GARDEN AVENUE** <br> **LAS VEGAS, NV 89148** | - | | **POTENTIAL CLASS ACTION LAW SUIT** | | | | **Unknown** |
| Account No. <br><br> **ASCAP** <br> **ATTN: BANKRUPTCY DEPT/** <br> **MANAGING AGENT** <br> **21678 NETWORK PLACE** <br> **CHICAGO, IL 60673-1216** | - | | **BUSINESS EXPENSE** | | | | **4,987.13** |
| Account No. <br><br> **ASHLEY HALL** <br> **ATTN: BANKRUPTCY DEPT/** <br> **MANAGING AGENT** <br> **4651 WHITE ROCK DR** <br> **LAS VEGAS, NV 89121** | - | | **BUSINESS EXPENSE** | | | | **15,000.00** |
| Account No. <br><br> **BERT L HOWE & ASSOCIATES** <br> **ATTN: BANKRUPTCY DEPT/** <br> **MANAGING AGENT** <br> **5415 EAST LAPALMA AVE** <br> **ANAHEIM, CA 92807** | - | | **BUSINESS EXPENSE** | | | | **2,970.00** |

Sheet no. __**2**__ of __**35**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal <br> (Total of this page)      **22,961.13**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                                ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| BETTY REILLY ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 400 BOLSA CT LAS VEGAS, NV 89110 | | - | | | | | | | 25,000.00 |
| Account No. | | | | | PERSONAL LOAN | | | | |
| BILLIE J. WYRICK ATTN: BANKRUPTCY DESK/MANAGING AGENT 3258 DOVE RUN CREEK LAS VEGAS, NV 89135 | | - | | | | | | | 200,000.00 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| BLONDIES ATTN: BANKRUPTCY DEPT/ MANAGING AGENT | | - | | | | | | | 216.00 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| BMI ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 10 MUSIC SQUARE EAST NASHVILLE, TN 37203 | | - | | | | | | | 4,579.00 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| BONANZA BEVERAGE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6333 ENSWORTH STREET LAS VEGAS, NV 89193 | | - | | | | | | | 77.55 |

Sheet no. __3__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        229,872.55

B6F (Official Form 6F) (12/07) - Cont.

In re   **GALE STEVEN WYRICK**                                               ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | JUDGEMENT ENTERED (A-10-606975-C) | | | | |
| **BOULEVARD INVEST, LLC DBA MIRACLE MILE SHOPES AT PLANET HOLLYWOOD RESORT C/O LEACH JOHNSON SONG & GRUCHOW 5495 S. RAINBOW BLVD., SUITE 202** | - | | | | X | X | | **6,623,000.00** |
| Account No. | | | | POTENTIAL CLASS ACTION LAW SUIT | | | | |
| **BRIAN HOWE C/O POIECES LAS VEGAS PO BOX 400685 LAS VEGAS, NV 89140** | - | | | | | | | **Unknown** |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| **BROCKETT FILM FAUNA ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 437 W CARLISLE WESTLAKE VILLAGE, CA 91361** | - | | | | | | | **1,150.00** |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| **BRUCE SNEATH ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 6971 ARVILLE LAS VEGAS, NV 89118** | - | | | | | | | **120,000.00** |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| **BULBMAN LAS VEGAS ATTN: BANKRUPTCY DEPT/ MANAGING AGENT PO BOX 12280 RENO, NV 89510** | - | | | | | | | **498.01** |

Sheet no. __4__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **6,744,648.01** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | BUSINESS EXPENSE | | | | |
| BURLINGTON INSURANCE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 238 INTERNATIONAL ROAD BURLINGTON, NC 27215 | | - | | | | | | 30,000.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| BYRON BURKE BARR ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 6116 N CENTRAL EXPRESSWAY, STE. 921 DALLAS, TX 75206 | X | - | | | | | | 7,500,000.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| CASINO LIGHTING & SIGN ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 3665 W DIABLO DR LAS VEGAS, NV 89118 | | - | | | | | | 25,000.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| CASINO LIGHTING & SIGN ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 3665 W DIABLO DR LAS VEGAS, NV 89118 | | - | | | | | | 1,288.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| CBIZ ACCOUNTING, TAX AND ADVISORY ATTN: BANKRUPTCY DEPT/ MANAGING AGENT FILE 50441 LOS ANGELES, CA 90074 | | - | | | | | | 10,777.07 |

Sheet no. __5__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,567,065.07**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GALE STEVEN WYRICK**                                            ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | PENDING LITIGATION (A578795) | | | | |
| **CBS OUTDOOR, INC. C/O DUBOWSKY LAW OFFICE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 330 SOUTH THIRD STREET, STE. 680 LAS VEGAS, NV 89101** | - | | | X | X | X | **Unknown** |
| Account No. **xxxxxxx4323** | | | BUSINESS EXPENSE | | | | |
| **CENTURY LINK ATTN: BANKRUPTCY DESK/MANAGING AGENT P.O. BOX 660068 DALLAS, TX 75266** | - | | | | | | **355.42** |
| Account No. **xxx-xxx-xxx2-260** | | | BUSINESS EXPENSE | | | | |
| **CENTURY LINK ATTN: BANKRUPTCY DESK/MANAGING AGENT P.O. BOX 660068 DALLAS, TX 75266** | - | | | | | | **2,346.76** |
| Account No. | | | BUSINESS EXPENSE (POTENTIAL LAWSUIT) | | | | |
| **CHASE VENTURES ATTN: BANKRUPTCY DEPT/ MANAGING AGENT HOLLIS CAMPBELL 311 CREEKVIEW CR DALLAS, TX 75206** | - | | | | | | **2,000,000.00** |
| Account No. **xxxx737H** | | | BUSINESS PARKING FINES | | | | |
| **CITY OF LAS VEGAS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 400 STEWART AVENUE LAS VEGAS, NV 89101-2986** | - | | | | | | **225.00** |

Sheet no. __6__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,002,927.18**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                                          ,    Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx738H** | | | **BUSINESS PARKING FINES** | | | | |
| **CITY OF LAS VEGAS** **ATTN: BANKRUPTCY DEPT. / MANAGING AGENT** **400 STEWART AVENUE** **LAS VEGAS, NV 89101-2986** | - | | | | | | 750.00 |
| Account No. **xxxx739H** | | | **BUSINESS PARKING FINES** | | | | |
| **CITY OF LAS VEGAS** **ATTN: BANKRUPTCY DEPT. / MANAGING AGENT** **400 STEWART AVENUE** **LAS VEGAS, NV 89101-2986** | - | | | | | | 60.00 |
| Account No. | | | **BUSINESS EXPENSE** | | | | |
| **CLARK COUNTY DEPT. OF BUSINESS LICENSE** **ATTN:  BANKRUPTCY DESK/MANAGING AGENT** **500 S. GRAND CENTRAL PKWY.** **PO BOX 551810** **LAS VEGAS, NV 89155-1810** | - | | | | | | 278.00 |
| Account No. | | | **BUSINESS EXPENSE** | | | | |
| **CLARK COUNTY FIRE DEPARTMENT** **ATTN:  BANKRUPTCY DESK/MANAGING AGENT** **575 E. FLAMINGO ROAD** **LAS VEGAS, NV 89119** | - | | | | | | 1,700.00 |
| Account No. | | | **BUSINESS EXPENSE** | | | | |
| **CLEAR CHANNEL BROADCASTING** **C/O BANKRUPTCY DEPT. / MANAGING AGENT** **FILE # 91100** **LOS ANGELES, CA 90074-1100** | - | | | | | | 1,200.00 |

Sheet no. __7___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,988.00

B6F (Official Form 6F) (12/07) - Cont.

In re  __GALE STEVEN WYRICK_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | BUSINESS EXPENSE | | | | |
| CLEAR CHANNEL OUTDOOR C/O BANKRUPTCY DEPT. / MANAGING AGENT 2880-B MEADE AVE SUITE B LAS VEGAS, NV 89123 | | - | | | | | | 70,196.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| CLEAR CHANNEL TAX MEDIA ATTN: BANKRUPTCY DEPT/ MANAGING AGENT FILE #30005 PO BOX 60000 SAN FRANCISCO, CA 94160-0001 | | - | | | | | | 19,300.00 |
| Account No. | | | | POTENTIAL CLASS ACTION LAW SUIT | | | | |
| CLOWN ACTION PRODUCTIONS / AGA BOOM ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8416 BAYCREST DRIVE LAS VEGAS, NV 89128 | | - | | | | | | Unknown |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| COMMERCIAL EQUIPMENT LEASE ATTN: BANKRUPTCY DEPT/ MANAGING AGENT PO BOX 11826 EUGENE, OR 97440 | | - | | | | | | 4,253.62 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| COMMERCIAL HARDWARE ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 3725 W RUSSELL RD LAS VEGAS, NV 89118 | | - | | | | | | 1,378.49 |

Sheet no. __8___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    95,128.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **GALE STEVEN WYRICK**                                              ,        Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxxx3737**<br><br>**COMMERCIAL TRADE, INC.**<br>**C/O SANDRA KUHN MCCORMACK**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**5330 OFFICE CENTER COURT, SUITE C**<br>**BAKERSFIELD, CA 93309** | | - | | | **BUSINESS EXPENSE** | | | | **11,225.78** |
| Account No.<br><br>**CREATIVE PUBLISHING SOLUTIONS**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**209 E GORDON**<br>**LAYTON, UT 84041** | | - | | | **BUSINESS EXPENSE** | | | | **2,500.00** |
| Account No. **xxxxxx1399**<br><br>**CREDIT CONTROL CORP**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**11821 ROCK LANDING DR**<br>**NEWPORT NEWS, VA 23606** | | - | | | **OPENED  1/19/10**<br>**COLLECTION COX COMMUNICATIONS** | | | | **119.00** |
| Account No.<br><br>**CRESCENDO MANAGEMENT, LLC**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**10606 SAN PALATINA STREET**<br>**LAS VEGAS, NV 89141** | | - | | | **POTENTIAL CLASS ACTION LAW SUIT** | | | | **Unknown** |
| Account No.<br><br>**CSR ASSOCIATES OF NEVADA**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**2330 PASEO DEL PRADO SUITE 303**<br>**LAS VEGAS, NV 89102** | | - | | | **BUSINESS EXPENSE** | | | | **732.09** |

Sheet no. __9__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,576.87**

B6F (Official Form 6F) (12/07) - Cont.

In re **GALE STEVEN WYRICK** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 07/01/09 BUSINESS EXPENSE | | | | |
| CURTIS STEEL ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 4565 WYNN LAS VEGAS, NV 89103 | - | | | | | | | 1,600.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| CURTIS STEEL CO ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 4565 WYNN ROAD LAS VEGAS, NV 89103 | - | | | | | | | 454.78 |
| Account No. | | | | 12/01/07 BUSINESS EXPENSE | | | | |
| DARLENE SPINNEY ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 742 VORTEX AVE HENDERSON, NV 89002 | - | | | | | | | 30,000.00 |
| Account No. | | | | POTENTIAL CLASS ACTION LAW SUIT | | | | |
| DEFENDING THE CAVEMAN C/O THEATER MOGUL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 320 W. 37TH STREET, 8TH FLOOR NEW YORK, NY 10018 | - | | | | | | | Unknown |
| Account No. | | | | BUSINESS EXPENSE / LEASE | | | | |
| DESERT PASSAGE ATTN: BANKRUPTCY DEPT/ MANAGING AGENT PO BOX 1236 NEWARK, NJ 07101-1236 | - | | | | | | | 317,000.00 |

Sheet no. __10__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

349,054.78

B6F (Official Form 6F) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                                    , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DEWITT KITCHEN DESIGNS** <br> **ATTN: BANKRUPTCY DEPT/** <br> **MANAGING AGENT** <br> **124717 VENTURA BLVD** <br> **STUDIO CITY, CA 91604** | | - | **12/01/08** <br> **BUSINESS EXPENSE** | | | | **3,135.00** |
| Account No. <br><br> **DIELCO CRANE SERVICE** <br> **ATTN: BANKRUPTCY DEPT/** <br> **MANAGING AGENT** <br> **5454 S ARVILLE** <br> **LAS VEGAS, NV 89118** | | - | **BUSINESS EXPENSE** | | | | **9,280.00** |
| Account No. xxxxxxxxxxxx1991 <br><br> **DISCOVER FINANCIAL SERVICES** <br> **ATTN: BANKRUPTCY DEPT/** <br> **MANAGING AGENT** <br> **PO BOX 15316** <br> **WILMINGTON, DE 19850** | X | - | **OPENED  1/07/91  LAST ACTIVE 1/19/10** <br> **CREDIT CARD PURCHASES** | | | | **12,529.00** |
| Account No. <br><br> **DYMANIC SCENERY** <br> **5720 PROCYON** <br> **LAS VEGAS, NV 89118** | | - | **07/01/09** <br> **BUSINESS EXPENSE** | | | | **900.00** |
| Account No. <br><br> **EDF** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **8210 LANKERSHIM BLVD., UNIT 13** <br> **NORTH HOLLYWOOD, CA 91605** | | - | **BUSINESS EXPENSE** | | | | **Unknown** |

Sheet no. __11__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **25,844.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GALE STEVEN WYRICK**                                                    Case No. _____
                                                        ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx5542**<br><br>**EMBARQ FAX**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**PO BOX 660068**<br>**DALLAS, TX 75266-0068** | - | | | **BUSINESS EXPENSE** | | | | **76.22** |
| Account No.<br><br>**ERIC KIVOR**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**5 KENNEDY DRIVE**<br>**MARLBORO, NJ 07746** | - | | | **BUSINESS EXPENSE** | | | | **Unknown** |
| Account No.<br><br>**ESQUIRE- LAS VEGAS**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**2700 CENTENNIAL TOWER 101**<br>**ATLANTA, GA 30303** | - | | | **BUSINESS EXPENSE** | | | | **1,166.95** |
| Account No.<br><br>**EXECUTIVE FLORAL**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**3111 SOUTH VIEW BLVD #J-101**<br>**LAS VEGAS, NV 89102** | - | | | **BUSINESS EXPENSE** | | | | **1,293.00** |
| Account No.<br><br>**EXHIBIT CITY NEWS**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**1675 EAST DESERT INN**<br>**LAS VEGAS, NV 89169** | - | | | **BUSINESS EXPENSE** | | | | **1,632.51** |

Sheet no. __12__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,168.68**

B6F (Official Form 6F) (12/07) - Cont.

In re __**GALE STEVEN WYRICK**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS EXPENSE | | | | |
| FARRINGTON PRODUCTIONS ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 4350 S ARVILLE SUITE 15 LAS VEGAS, NV 89109 | - | | | | | | 378.01 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| FENNEMORE CRAIG, P.C. ATTN:  BANKRUPTCY DESK/MANAGING AGENT 3003 N. CENTRAL AVE. #2600 PHOENIX, AZ 85012-2913 | - | | | | | | 110,000.00 |
| Account No. | | | PENDING LITIGATION (A561018) | | | | |
| FRANZ HARARY DBA ODYSSEY IN ILLUSION,INC C/O MUIJE & VARRICCHIO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1320 S. CASINO CENTER BLVD. LAS VEGAS, NV 89104 | - | | | X | X | X | Unknown |
| Account No. | | | BUSINESS EXPENSE | | | | |
| FRY FABRICATION ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 2208 S 15TH ST PHOENIX, AZ 85034 | - | | | | | | 2,775.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| FUN CITY POPCORN ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 3211 SUNRISE AVE LAS VEGAS, NV 89101 | - | | | | | | 1,683.15 |

Sheet no. _**13**_ of _**35**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

114,836.16

B6F (Official Form 6F) (12/07) - Cont.

In re __GALE STEVEN WYRICK_____,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| FUN INCORPORATED/FISH LOVE ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 2100 NORTH MAJOR CHICAGO, IL 60639 | - | | | | | | | | 3,509.19 |
| Account No. | | | | | POTENTIAL CLASS ACTION LAW SUIT | | | | |
| GAZILLION BUBBLE SHOW C/O SPLINTER GROUP PRODUCTIONS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1501 BROADWAY #1202 NEW YORK, NY 10036 | - | | | | | | | | Unknown |
| Account No. | | | | | POTENTIAL CLASS ACTION LAW SUIT | | | | |
| GENE GAMALINDA / MARTIN NIEVERA E TALENT PRODUCTIONS, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1059 TIERRA DEL REY CHULA VISTA, CA 91910 | - | | | | | | | | Unknown |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| GILL'S PRINTING & COLOR GRAPHICS ATTN: BANKRUPTCY DEPT/ MANAGING AGENT PO BOX 97598 LAS VEGAS, NV 89193 | - | | | | | | | | 6,981.24 |
| Account No. | | | | | POTENTIAL CLASS ACTION LAWSUIT | | | | |
| GLOBAL ENTERTAINMENT LORD OF THE DANCE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5052 S. JONES #100 LAS VEGAS, NV 89118 | - | | | | | | | | Unknown |

Sheet no. __14__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              10,490.43

B6F (Official Form 6F) (12/07) - Cont.

In re  **GALE STEVEN WYRICK**                              ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS EXPENSE | | | | |
| GRAINGER ATTN: BANKRUPTCY DEPT/ MANAGING AGENT DEPT 870762663 PO BOX 419267 KANSAS CITY, MO 64141 | | - | | | | | 244.31 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| GRANT WALSH ATTN: BANKRUPTCY DEPT/ MANAGING AGENT MULLIN LAW 2425 N CENTRAL EXPY #200 RICHARDSON, TX 75080 | | - | | | | | 3,063.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| GRAPHICS WEST ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 3901 GRAPHIC CENTER LAS VEGAS, NV 89118 | | - | | | | | 1,885.00 |
| Account No. **xxxx468P** | | | MEDICAL BILL | | | | |
| HARMON MEDICAL CENTER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT DEPT. 8174 LOS ANGELES, CA 90084 | | - | | | | | 35.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| HAWAIIAN TROPIC ZONE RESTAURANT ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 3663 LAS VEGAS BLVD SOUTH SUITE 730 LAS VEGAS, NV 89109 | | - | | | | | 1,035.00 |

Sheet no. __15__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,262.31

B6F (Official Form 6F) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                          Case No. _____
                                                    ,
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | BUSINESS EXPENSE (POTENTIAL LAWSUIT) | | | | |
| HOLLIS CAMPBELL/ STAR MOBILE HOMES ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 311 CREEKVIEW CR CRANDALL, TX 75114 | X | - | | | | | | 5,000,000.00 |
| Account No. | | | | PENDING LITIGATION (2:09-CV-02104-PMP-LRL) | | | | |
| HT REST VEGAS, LLC C/O BECK PINGEL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 701 N. GREEN VALLEY PKWY, SUITE 200 HENDERSON, NV 89074 | | - | | | X | X | X | Unknown |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| IEM ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 24516 NETWORK PLACE CHICAGO, IL 60673 | | - | | | | | | 17,057.30 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| ILLUSION PROJECTS / TIM CLOTHIER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10620 SOUTHERN HIGHLANDS PARKWAY SUITE 110-403 LAS VEGAS, NV 89141 | | - | | | | | | 1,150.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| INFINITE PROPERTIES AND DEVELOPMENT CORP ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6971 ARVILLE STREET LAS VEGAS, NV 89118 | | - | | | | | | 120,000.00 |

Sheet no. __16__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,138,207.30

B6F (Official Form 6F) (12/07) - Cont.

In re   **GALE STEVEN WYRICK**                                          ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**JAMS**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**PO BOX 512850**<br>**LOS ANGELES, CA 90051** | | - | **BUSINESS EXPENSE** | | | | **1,300.00** |
| Account No.<br><br>**JAN ROUSSEAUX**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**9013 DOVE RIVER**<br>**LAS VEGAS, NV 89134** | | - | **BUSINESS EXPENSE** | | | | **1,500.00** |
| Account No.<br><br>**JEFFREY T. JAY**<br>**C/O PATRICK MURPHY & MICHAEL**<br>**SMALL**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1100 E. BRIDGER AVE.**<br>**LAS VEGAS, NV 89101** | | - | **PENDING LITIGATION (A-09-597142-C)** | X | X | X | **Unknown** |
| Account No.<br><br>**JR LIGHTING**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**9 BROOKS**<br>**NORTH LAS VEGAS, NV 89030** | | - | **07/01/09**<br>**BUSINESS EXPENSE** | | | | **4,000.00** |
| Account No.<br><br>**KNIGHT ADJUSTMENT BUREAU**<br>**ATTN: BANKRUTPCY**<br>**DESK/MANAGING AGENT**<br>**2920 N. GREEN VALLEY PKWY. #321**<br>**HENDERSON, NV 89014** | | - | **IDENTITY THEFT** | | | X | **4,725.00** |

Sheet no. __17__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,525.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **GALE STEVEN WYRICK**                                    ,          Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS EXPENSE | | | | |
| LA SALSA CANTINA ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 3663 S LAS VEGAS BLVD SUITE 380 LAS VEGAS, NV 89109 | - | | | | | | 260.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| LAS VEGAS COLOR GRAPHICS ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 4265 W SUNSET ROAD LAS VEGAS, NV 89119 | - | | | | | | 1,662.43 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| LAS VEGAS COLOR GRAPHICS ATTN:  BANKRUPTCY DESK/MANAGING AGENT 4265 W. SUNSET RD. LAS VEGAS, NV 89118 | - | | | | | | 1,169.04 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| LAS VEGAS CYCLEWORKS ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 2980 S SANDHILL RD LAS VEGAS, NV 89121 | - | | | | | | 150.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| LAS VEGAS MANAGEMENT ATTN: BANKRUPTCY DEPT/ MANAGING AGENT STEPHEN TEBO 1590 BROADWAY BOULDER, CO 80302 | - | | | | | | Unknown |

Sheet no. __18__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,241.47

B6F (Official Form 6F) (12/07) - Cont.

In re   **GALE STEVEN WYRICK**                                              , Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| LAS VEGAS MANAGEMENT ATTN: BANKRUPTCY DEPT/ MANAGING AGENT HOLLIS CAMPBELL 311 CREEKVIEW CRANDALL, TX 75114 | | - | | | | | | Unknown |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| LAS VEGAS MANAGEMENT ATTN: BANKRUPTCY DEPT/ MANAGING AGENT STEVE WYRICK 3258 DOVE RUN CREEK LAS VEGAS, NV 89135 | | - | | | | | | Unknown |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| LAS VEGAS THEATRE, LLP ATTN: BANKRUPTCY DEPT/ MANAGING AGENT STEPHEN TEBO 1590 BROADWAY BOULDER, CO 80302 | | - | | | | | | Unknown |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| LAS VEGAS THEATRE, LLP ATTN: BANKRUPTCY DEPT/ MANAGING AGENT HOLLIS CAMPBELL 311 CREEKVIEW CR CRANDALL, TX 75114 | | - | | | | | | Unknown |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| LAS VEGAS THEATRE, LLP ATTN: BANKRUPTCY DEPT/ MANAGING AGENT STEVE WYRICK 3258 DOVE RUN CREEK LAS VEGAS, NV 89135 | | - | | | | | | Unknown |

Sheet no. __19__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **GALE STEVEN WYRICK**                                      , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| LENDALL MAINS ARCHITECT ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 10624 S EASTERN AVE SUITE A332 HENDERSON, NV 89052 | | - | | | | | | 117,751.08 |
| Account No. | | | | POTENTIAL CLASS ACTION LAW SUIT | | | | |
| LET ME OUT PRODUCTIONS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT | | - | | | | | | **Unknown** |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| LOMBARDI'S ROMAGNA MIA ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 3663 LAS VEGAS BLVD LAS VEGAS, NV 89109 | | - | | | | | | 336.00 |
| Account No. **x2659** | | | | BUSINESS EXPENSE | | | | |
| LONG BUILDING TECHNOLOGIES, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5001 SOUTH ZUNI STREET LITTLETON, CO 80120 | | - | | | | | | 265.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| LONNIE HAMMIJRIN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4318 RIDGECREST DRIVE LAS VEGAS, NV 89121 | | - | | | | | | 7,000.00 |

Sheet no. __20__ of __35__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)     **125,352.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                                            ,        Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx8891 <br><br> LVNV FUNDING LLC <br> ATTN: BANKRUPTCY DEPT/ <br> MANAGING AGENT <br> PO BOX 740281 <br> HOUSTON, TX 77274 | - | | OPENED 11/30/06 LAST ACTIVE 9/01/04 <br> COLLECTION GE CAPITAL SAMS CLUB | | | | 711.00 |
| Account No. xxxxxxxxxxx5892 <br><br> LVNV FUNDING LLC <br> ATTN: BANKRUPTCY DEPT/ <br> MANAGING AGENT <br> PO BOX 740281 <br> HOUSTON, TX 77274 | - | | OPENED 11/01/06 LAST ACTIVE 9/01/04 <br> COLLECTION GE CAPITAL LOWES | | | | 505.00 |
| Account No. <br><br> MEDIC WEST AMBULANCE <br> ATTN: BANKRUPTCY DEPT. / <br> MANAGING AGENT <br> 9 WEST DELHI <br> NORTH LAS VEGAS, NV 89032 | - | | BUSINESS EXPENSE | | | | 540.00 |
| Account No. <br><br> MELANIE VAN BURCH (BUCKLEY) <br> ATTN: BANKRUPTCY DEPT. / <br> MANAGING AGENT <br> PO BOX 35977 <br> LAS VEGAS, NV 89133 | - | | BUSINESS EXPENSE (WAGES AND LOAN) | | | | 50,000.00 |
| Account No. <br><br> MIKE KAWATA <br> ATTN: BANKRUPTCY DEPT/ <br> MANAGING AGENT <br> 5406 SAN BELLACRE <br> LAS VEGAS, NV 89141 | - | | BUSINESS EXPENSE | | | | 40,000.00 |

Sheet no. __21__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **91,756.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  | | | **BUSINESS EXPENSE** | | | | |
| **MORRIS VISITOR PUBLICATIONS, LLC** **ATTN: BANKRUPTCY DEPT/ MANAGING AGENT** **101 CONVENTION CENTER DRIVE SUITE 680** **LAS VEGAS, NV 89109** | - | | | | | | 30,000.00 |
| Account No.  | | | **BUSINESS EXPENSE** | | | | |
| **MT. ROSE INSURANCE** **ATTN: BANKRUPTCY DEPT/ MANAGING AGENT** **PO BOX 17217** **RENO, NV 89511** | - | | | | | | 400.00 |
| Account No.  | | | **ATTORNEY FEES** | | | | |
| **MULLIN LAW, PC** **ATTN: BANKRUPTCY DEPT. / MANAGING AGENT** **2425 N. CENTRAL EXPRESSWAY #200** **RICHARDSON, TX 75080** | - | | | | | | 7,000.00 |
| Account No.  | | | **POTENTIAL CLASS ACTION LAW SUIT** | | | | |
| **NATIONAL ARTISTS CORPORATION** **ATTN: BANKRUPTCY DEPT. / MANAGING AGENT** **2890 PILOT ROAD #B** **LAS VEGAS, NV 89119** | - | | | | | | **Unknown** |
| Account No.  | | | **PENDING LITIGATION (A605727)** | | | | |
| **NATIONAL CONCERTS LLC** **C/O KOCH & SCOW** **ATTN: BANKRUPTCY DEPT. / MANAGING AGENT** **11500 S. EASTERN AVE., SUITE 210** **HENDERSON, NV 89052** | - | | | X | X | X | 350,063.70 |

Sheet no. __22__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**387,463.70**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                                     ,     Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NEVADA BEVERAGE COMPANY ATTN: BANKRUPTCY DEPT/ MANAGING AGENT FILE 50950 LOS ANGELES, CA 90074** | - | | **BUSINESS EXPENSE** | | | | 676.40 |
| Account No.<br><br>**NEVADA BOTTLED WATER INC ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 1415 S ARVILLE ST SUITE 102 LAS VEGAS, NV 89102** | - | | **BUSINESS EXPENSE** | | | | 98.00 |
| Account No. **xxxxxxx6309**<br><br>**NEVADA DEPARTMENT OF TAXATION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1550 COLLEGE PARKWAY #115 CARSON CITY, NV 89706** | - | | **2010** | | | | 16.19 |
| Account No.<br><br>**NEVADA LINEN ATTN:  BANKRUPTCY DESK/MANAGING AGENT 3960 W. MESA VISTA AVE. LAS VEGAS, NV 89118** | - | | **BUSINESS EXPENSE** | | | | 934.86 |
| Account No.<br><br>**NRNSIG ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 575 S SALIMAN ROAD CARSON CITY, NV 89701** | - | | **BUSINESS EXPENSE** | | | | 15,163.91 |

Sheet no. __23__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,889.36

B6F (Official Form 6F) (12/07) - Cont.

In re   **GALE STEVEN WYRICK**                                    Case No. _____
                                                      ,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | BUSINESS EXPENSE | | | | |
| O'CONNOR CONSTRUCTION MANAGEMENT ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 8851 RESEARCH  DRIVE IRVINE, CA 92618 | | | | | | | | 550.00 |
| Account No. **xxxx-xxxx-xxxx-4307** | | - | | BUSINESS EXPENSE | | | | |
| OFFICE DEPOT ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 9020 DES MOINES, IA 50368-9020 | | | | | | | | 1,385.12 |
| Account No. | | - | | BUSINESS EXPENSE | | | | |
| ONBOARD MEDIA ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 1691 MICHIGAN AVE SUITE 600 MIAMI BEACH, FL 33139 | | | | | | | | 16,500.00 |
| Account No. | | - | | BUSINESS EXPENSE | | | | |
| OUTDOOR SOLUTIONS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7935 W. SAHARA AVE., SUITE 201 LAS VEGAS, NV 89117 | | | | | | | | 60,000.00 |
| Account No. | | - | | BUSINESS EXPENSES | | | | |
| PACIFIC MONARCH RESORTS, INC. ATTN:  BANKRUPTCY DESK/MANAGING AGENT 8335 S. LAS VEGAS BLVD. LAS VEGAS, NV 89123 | | | | | | | | Unknown |

Sheet no. __24__ of __35__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)              78,435.12

B6F (Official Form 6F) (12/07) - Cont.

In re  **GALE STEVEN WYRICK** , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| PAMPAS ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 3663 LAS VEGAS BLVD SOUTH SUITE 610 LAS VEGAS, NV 89109 | | - | | | | | | | 240.00 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| PEEL BRIMLEY, LLP ATTN: BANKRUPTCY DEPT./MANAGING AGENT 3333 E. SERENE AVE., SUITE 200 HENDERSON, NV 89074 | | - | | | | | | | 18,269.61 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| PEPSI-COLA ATTN: BANKRUPTCY DESK/MANAGING AGENT CUSTOMER SERVICE PO BOX 75948 CHICAGO, IL 60675-5948 | | - | | | | | | | 1,114.11 |
| Account No. xxxx-xxxx-xxxx-9332 | | | | | BUSINESS EXPENSE | | | | |
| PITNEY BOWES C/O BANKRUPTCY DEPT/MANAGING AGENT PO BOX 856460 LOUISVILLE, KY 40285-6460 | | - | | | | | | | 644.96 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| PRECISION COLOR DIGITAL IMAGING ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 4475 W SUNSET RD LAS VEGAS, NV 89118 | | - | | | | | | | 2,240.50 |

Sheet no. __25__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,509.18

B6F (Official Form 6F) (12/07) - Cont.

In re **GALE STEVEN WYRICK**                                     ,          Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS EXPENSE | | | | |
| PRG DBA: PRD LIGHTING ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 6050 S VALLEY VIEW LAS VEGAS, NV 89118 | - | | | | | | 3,539.59 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| PROFESSIONAL DOCUMENT PRODUCTS ATTN: BANKRUPTCY DESK/MANAGING AGENT 3371 W. OQUENDO RD. LAS VEGAS, NV 89118 | - | | | | | | 1,085.91 |
| Account No. | | | POTENTIAL CLASS ACTION LAW SUIT | | | | |
| PROPPER ENTERTAINMENT C/O GARY PROPPER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5857 MAGJESTIC TIDE AVE. LAS VEGAS, NV 89131 | - | | | | | | Unknown |
| Account No. | | | BUSINESS EXPENSE | | | | |
| PUBLIC STORAGE ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 1400 E TROPICANA LAS VEGAS, NV 89119 | - | | | | | | 289.18 |
| Account No. | | | PENDING LITIGATION (A-09-595962-C) | | | | |
| PYRITZ PYROTECHNICS GROUP, LLC C/O DARRELL DENNIS & STEVEN ABOTT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 400 SOUTH FOURTH STREET, STE. 500 | - | | | X | X | X | Unknown |

Sheet no. __26__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          4,914.68

B6F (Official Form 6F) (12/07) - Cont.

In re   **GALE STEVEN WYRICK**                                    , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | BUSINESS EXPENSE | | | | |
| QUALITY MECHANICAL CONTRACTORS ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 3175 WESTWOOD DR LAS VEGAS, NV 89109 | | | | | | | | 3,425.75 |
| Account No. | | - | | BUSINESS EXPENSE | | | | |
| QUALITY MECHANICAL CONTRACTORS ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 3175 WESTWOOD DR LAS VEGAS, NV 89109 | | | | | | | | 3,980.75 |
| Account No. | | - | | IDENTITY THEFT | | | X | |
| RADIO SHACK- NORTHLAND GROUP ATTN: BANKRUPTCY DEPT/ MANAGING AGENT PO BOX 390846 EDINA MINNEAPOLIS, MN 55439 | | | | | | | | 1,094.00 |
| Account No. xxxxxx0558 | | - | | OPENED 2/05/05 LAST ACTIVE 10/06/06 IDENTITY THEFT | | | X | |
| RC WILLEY HOME FURNITURE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2301 S. 300 W. SALT LAKE CITY, UT 84115 | | | | | | | | 3,921.00 |
| Account No. | | - | | BUSINESS EXPENSE | | | | |
| RED BULL NORTH NORTH AMERICA ATTN: BANKRUPTCY DEPT/ MANAGING AGENT DEPT 9691 LOS ANGELES, CA 90084 | | | | | | | | 640.00 |

Sheet no. __27__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,061.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **GALE STEVEN WYRICK** ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 02/2010 BUSINESS EXPENSE | | | | |
| ROGERS AND COWAN ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 8687 MELROSE AVE 7TH FLOOR WEST HOLLYWOOD, CA 90069 | - | | | | | | 25,000.00 |
| Account No. | | | POTENTIAL CLASS ACTION LAW SUIT | | | | |
| RONN LUCAS C/O LEMME OUT PRODUCTIONS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 11601 WILSHIRE BLVD. #2200 LOS ANGELES, CA 90025 | - | | | | | | Unknown |
| Account No. | | | BUSINESS EXPENSE | | | | |
| ROSENFELD ROBERSON ATTN: BANKRUPTCY DESK/MANAGING AGENT 6725 VIA AUSTI PKWY. #200 LAS VEGAS, NV 89119 | - | | | | | | 38,903.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| RYCRAFT LAW OFFICE ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 2470 ST. ROSE PKWY SUITE 102 HENDERSON, NV 89074 | - | | | | | | 100,000.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| SEASONS FLORAL BOUTIQUE ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 7835 SOUTH RAINBOW BLVD SUITE 18 LAS VEGAS, NV 89139 | - | | | | | | 840.42 |

Sheet no. __28__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        | 164,743.42 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                                    Case No. _____

                                                              ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**SELBERT DESIGNS**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**5015 SCHUSTER ST**<br>**LAS VEGAS, NV 89109** | | - | | | **BUSINESS EXPENSE (JUDGMENT ENTERED** | | | | **32,000.00** |
| Account No.<br><br>**SHOWCASE PRODUCTIONS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**140 PARKHOUSE**<br>**DALLAS, TX 75207** | | - | | | **BUSINESS EXPENSE** | | | | **Unknown** |
| Account No.<br><br>**SILVER STATE WIRE ROPE**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**8740 S JONES**<br>**LAS VEGAS, NV 89109** | | - | | | **07/01/09**<br>**BUSINESS EXPENSE** | | | | **4,000.00** |
| Account No.<br><br>**SNELL, WYLIE & TIBBALS**<br>**ATTN: BANKRUPTCY DEPT/**<br>**MANAGING AGENT**<br>**8150 NORTH CENTRAL EXPWY**<br>**SUITE 1800**<br>**DALLAS, TX 75206** | | - | | | **BUSINESS EXPENSE** | | | | **41,137.19** |
| Account No.<br><br>**SOUTHERN WINE & SPIRITS OF**<br>**NEVADA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 19299**<br>**LAS VEGAS, NV 89132** | | - | | | **BUSINESS EXPENSE** | | | | **4,624.15** |

Sheet no. __29__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**81,761.34**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GALE STEVEN WYRICK**                       ,       Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS EXPENSE | | | | |
| SPARKLETTS C/O BANKRUPTCY DEPT/MANAGING AGENT PO BOX 660579 DALLAS, TX 75266-0579 | - | | | | | | 611.51 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| STAR HOMES ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 8405 CF HAWN FRWY DALLAS, TX 75217 | - | | | | | | 20,442.07 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| STAR MOBILE HOMES ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 2537 S FM 148 CRANDALL, TX 75114 | - | | | | | | 53,970.20 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| STAR STUDIOS / STEVE LEE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5565 S. DECATUR BLVD., #104 LAS VEGAS, NV 89118 | - | | | | | | 2,588.65 |
| Account No. | | | BUSINESS SERVICES | | | | |
| STARPOINT ATTN: BANKRUPTCY DESK/MANAGING AGENT 99 CONVENTION CENTER DR. LAS VEGAS, NV 89109 | - | | | | | | Unknown |

Sheet no. __30__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
               (Total of this page)      **77,612.43**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GALE STEVEN WYRICK**                                                   ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**STATE OF NEVADA ATTN: BANKRUPTCY DEPT/ MANAGING AGENT PO BOX 52614 PHOENIX, AZ 85072-2614** | | - | | **BUSINESS EXPENSE** | | | | 2,675.71 |
| Account No.<br><br>**STATEWIDE FIRE PROTECTION C/O BANKRUPTCY DEPT/MANAGING AGENT 3130 WESTWOOD DRIVE LAS VEGAS, NV 89101** | | - | | **BUSINESS EXPENSE- JUDGMENT** | | | | 2,500.00 |
| Account No.<br><br>**STEVEN TEBO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1590 BROADWAY BOULDER, CO 80302** | X | - | | **BUSINESS EXPENSE** | X | X | X | 15,000,000.00 |
| Account No.<br><br>**SUBURBAN ELEVATOR OF NEVADA ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 5 EXECUTIVE COURT UNIT 1 BARRINGTON, IL 60010** | | - | | **BUSINESS EXPENSE** | | | | 940.00 |
| Account No.<br><br>**TD PRODUCTIONS / TOM DANE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 147 BROKEN TEE HENDERSON, NV 89074** | | - | | **POTENTIAL CLASS ACTION LAWSUIT** | | | | Unknown |

Sheet no. __31__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **15,006,115.71**

B6F (Official Form 6F) (12/07) - Cont.

In re **GALE STEVEN WYRICK**                                   , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| **TELECOM C/O BANKRUPTCY DEPT/MANAGING AGENT PO BOX 172567 DENVER, CO 80217-2567** | | - | | | | | | 953.13 |
| Account No. | | | | PENDING LITIGATION (A584359) | | | | |
| **THE MARKETING FACTOR, LLC C/O JIMMERSON HANSEN P.C. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 415 S. SIXTH STREET, STE. 100 LAS VEGAS, NV 89101** | | - | | | X | X | X | Unknown |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| **THE MASON AND DIXON LINES, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 12755 E. NINE MILE ROAD WARREN, MI 48089** | | - | | | | | | 2,200.00 |
| Account No. | | | | BUSINESS EXPENSES | | | | |
| **THOMAS COOK/AIR TOURS ATTN:  BANKRUPTCY DESK/MANAGING AGENT 5030 PARADISE RD. BLDG C NO. 214 LAS VEGAS, NV 89119** | | - | | | | | | Unknown |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| **TIME WARNER TELECOM HOLDINGS ATTN: BANKRUPTCY DEPT/ MANAGING AGENT PO BOX 172567 DENVER, CO 80217** | | - | | | | | | 960.38 |

Sheet no. __32__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           4,113.51

B6F (Official Form 6F) (12/07) - Cont.

In re  **GALE STEVEN WYRICK**                                                 Case No. _____
                                                                ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | POTENTIAL CLASS ACTION LAW SUIT | | | | |
| TRENT CARLINI ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2657 WINDMILL PARKWAY #306 HENDERSON, NV 89074 | | - | | | | | | | Unknown |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| ULINE ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 2200 S LAKESIDE DRIVE WAUKEGAN, IL 60085 | | - | | | | | | | 402.12 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| US FOODSERVICE ATTN: BANKRUPTCY DEPT/ MANAGING AGENT PO BOX 3911 LAS VEGAS, NV 89127-3911 | | - | | | | | | | 3,668.31 |
| Account No. xxxxxxxxx6492 | | | | | OVERDRAFT BUSINESS ACCOUNT | | | | |
| WELLS FARGO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT MAC: P6053-021 PORTLAND, OR 97208-5058 | | - | | | | | | | 159.11 |
| Account No. xxxxxx6351 | | | | | OVERDRAFT BUSINESS ACCOUNT | | | | |
| WELLS FARGO BANK, N.A. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 6995 PORTLAND, OR 97228-6995 | | - | | | | | | | 29.60 |

Sheet no. __33__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,259.14

B6F (Official Form 6F) (12/07) - Cont.

In re    **GALE STEVEN WYRICK**                                                    ,          Case No. _____

                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | IDENTITY THEFT | | | | |
| WELTMAN, WEINBERG & REIS CO ATTN: BANKRUPTCY DESK/MANAGING AGENT 175 S. THIRD ST. #900 COLUMBUS, OH 43215 | - | | | | | | | X | 486.00 |
| Account No. | | | | | POTENTIAL CLASS ACTION LAW SUIT | | | | |
| WES WINTERS C/O 88 KEYS PRODUCTIONS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 93803 LAS VEGAS, NV 89193 | - | | | | | | | | Unknown |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| WHAT'S ON ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 980 KELLY JOHNSON DR SUITE 100 LAS VEGAS, NV 89119 | - | | | | | | | | 18,180.00 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| WIRTZ BEVERAGE NEVADA, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1849 W. CHEYENNE AVE. NORTH LAS VEGAS, NV 89032 | - | | | | | | | | 608.35 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| WYRICK MAGICAL PRODUCTIONS, INC. ATTN: BANKRUPTCY DEPT/ MANAGING AGENT 6116 N CENTRAL EXPRESSWAY BB BARR DALLAS, TX 75206 | - | | | | | | | | Unknown |

Sheet no. __34__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19,274.35**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GALE STEVEN WYRICK**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **BUSINESS EXPENSE** | | | | |
| **WYRICK MAGICAL PRODUCTIONS, INC.** **ATTN: BANKRUPTCY DEPT/ MANAGING AGENT** **STEVE WYRICK** **3258 DOVE RUN CREEK** **LAS VEGAS, NV 89135** | - | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __**35**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **0.00** |
| Total (Report on Summary of Schedules) | **38,475,410.51** |

B6G (Official Form 6G) (12/07)

In re    **GALE STEVEN WYRICK**                                              ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BYRON BURK BARR**<br>**6116 N. CENTRAL EXPRESSWAY, STE. 921**<br>**DALLAS, TX 75206** | **SECURITY AGREEMENT(S)** |
| **CARL ROSS/SAFARI BUSINESS PARK**<br>**ATTN: BANKRUPTCY DEPT/ MANAGING AGENT**<br>**7850 S. DEAN MARTIN DRIVE, STE. 502**<br>**LAS VEGAS, NV 89139** | **PROMISSORY NOTE** |
| **CHASE VENTURES**<br>**ATTN: BANKRUPTCY DEPT/ MANAGING AGENT**<br>**HOLLIS CAMPBELL**<br>**311 CREEKVIEW CR**<br>**DALLAS, TX 75206** | **PROMISSORY NOTE FOR WORKING CAPITAL**<br>**FOR LAS VEGAS THEATRE LTD., LLP** |
| **HOLLIS CAMPBELL**<br>**8405 C.F. HAWN FRWY**<br>**DALLAS, TX 75217** | **SECURITY AGREEMENT** |
| **HOLLIS CAMPBELL**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**311 CREEKVIEW CIRCLE**<br>**CRANDALL, TX 75114** | **PROMISSORY NOTE FOR WORKING CAPITAL**<br>**FOR WYRICK MAGICAL PRODUCTIONS DURING**<br>**TRANSITION OF OLD SHOW TO NEW SHOW AND**<br>**INITIAL CONSTRUCTION COSTS OF THE NEW**<br>**THEATRE** |
| **HOLLIS CAMPBELL**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**311 CREEKVIEW CIRCLE**<br>**CRANDALL, TX 75114** | **PROMISSORY NOTE FOR DOWN PAYMENT OF**<br>**DEBTOR'S RESIDENCE** |
| **HOLLIS CAMPBELL**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**311 CREEKVIEW CIRCLE**<br>**CRANDALL, TX 75114** | **PROMISSORY NOTE FOR WORKING CAPITAL**<br>**FOR WYRICK MAGICAL PRODUCTIONS DURING**<br>**TRANSITION OF OLD SHOW TO NEW SHOW AND**<br>**EXCESS HOUSE PAYMENTS ON DEBTOR'S**<br>**RESIDENCE** |
| **HOLLIS CAMPBELL**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**311 CREEKVIEW CIRCLE**<br>**CRANDALL, TX 75114** | **PROMISSORY NOTE FOR WORKING CAPITAL**<br>**FOR TRIQ ULTRA LOUNGE, INC.** |
| **INFINITE PROPERTIES AND DEVELOPMENT**<br>**CORP**<br>**6971 ARVILLE STREET**<br>**LAS VEGAS, NV 89118** | **UNIT PURCHASE OPTION AGREEMENT** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **GALE STEVEN WYRICK**                                ,       Case No. _____

                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **STEVEN TEBO**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**1590 BROADWAY**<br>**BOULDER, CO 80302** | |
| **WYRICK MAGICAL PRODUCTIONS, INC.**<br>**ATTN: BANKRUPTCY DEPT/ MANAGING AGENT**<br>**6116 N CENTRAL EXPRESSWAY**<br>**BB BARR**<br>**DALLAS, TX 75206** | **THEATRE ENGAGEMENT AGREEMENT** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **GALE STEVEN WYRICK**                               ,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **BILLIE J. WYRICK**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**3258 DOVE RUN CREEK**<br>**LAS VEGAS, NV 89135** | **DISCOVER FINANCIAL SERVICES**<br>**ATTN: BANKRUPTCY DEPT/ MANAGING AGENT**<br>**PO BOX 15316**<br>**WILMINGTON, DE 19850** |
| **BYRON BURKE BARR**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**6116 N. CENTRAL EXPRESSWAY, STE. 921**<br>**DALLAS, TX 75206** | **STEVEN TEBO**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**1590 BROADWAY**<br>**BOULDER, CO 80302** |
| **HOLLIS CAMBELL**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**311 CREEKVIEW CIRCLE**<br>**CRANDALL, TX 75114** | **BYRON BURKE BARR**<br>**ATTN: BANKRUPTCY DEPT/ MANAGING AGENT**<br>**6116 N CENTRAL EXPRESSWAY, STE. 921**<br>**DALLAS, TX 75206** |
| **STEVEN TEBO**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**1590 BROADWAY**<br>**BOULDER, CO 80302** | **HOLLIS CAMPBELL/ STAR MOBILE HOMES**<br>**ATTN: BANKRUPTCY DEPT/ MANAGING AGENT**<br>**311 CREEKVIEW CR**<br>**CRANDALL, TX 75114** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **GALE STEVEN WYRICK** _____  Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **ENTERTAINER** | |
| Name of Employer | **SELF EMPLOYED** | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
|     b.  Insurance | $ | 0.00 | $ | N/A |
|     c.  Union dues | $ | 0.00 | $ | N/A |
|     d.  Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income | | | | |
| (Specify): **LOANS AND GIFTS FROM MOTHER** | $ | 5,500.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 5,500.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 5,500.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 5,500.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **GALE STEVEN WYRICK**                                          Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 2,500.00 |
| a. Are real estate taxes included? | Yes ___   No **X** | | |
| b. Is property insurance included? | Yes ___   No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 300.00 |
| b. Water and sewer | | $ | 125.00 |
| c. Telephone | | $ | 300.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 50.00 |
| 4. Food | | $ | 1,000.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 200.00 |
| 7. Medical and dental expenses | | $ | 50.00 |
| 8. Transportation (not including car payments) | | $ | 275.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 150.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 100.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 250.00 |
| b. Other _____ | | $ | 0.00 |
| c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 30,000.00 |
| 17. Other _____ | | $ | 0.00 |
| Other _____ | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 35,400.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a.    Average monthly income from Line 15 of Schedule I | | $ | 5,500.00 |
| b.    Average monthly expenses from Line 18 above | | $ | 35,400.00 |
| c.    Monthly net income (a. minus b.) | | $ | -29,900.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **GALE STEVEN WYRICK**                                Case No. _____

                                      Debtor(s)              Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **52**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 17, 2010**                         Signature    **/s/ GALE STEVEN WYRICK** _____

                                                         **GALE STEVEN WYRICK**

                                                         Debtor

    *Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com            Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Nevada

In re __GALE STEVEN WYRICK__                                       Case No. _____

Debtor(s)                                       Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2010 YTD INCOME** |
| **$129,643.66** | **2009 INCOME** |
| **$130,960.00** | **2008 INCOME** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                       SOURCE

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **03A475595 STEVE WYRICK, WYRICK MAGICAL PRODUCTIONS INC VS GORDON GAMING CORP** | | **EIGHTH JUDICIAL DISTRICT COURT OF NV** | **CLOSED** |
| **07A539874 CAMBRIDGE INTERNATIONAL INC, CWS CONTRACTORS LLC, ET AL VS BOULEVARD INVEST LLC, WYRICK MAGICAL PRODUCTIONS INC, ET AL** | | **EIGHTH JUDICIAL DISTRICT COURT OF NV** | **DISMISSED** |
| **07A542054 BOMBARD ELECTRIC LLC VS BOULEVARD INVEST LLC, DESERT PASSAGE MEZZ LLC, ET AL** | **TITLE TO PROPERTY** | **EIGHTH JUDICIAL DISTRICT COURT OF NV** | **PENDING** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **07A544999 PHILIP KEEVER VS FLAGSHIP CONSTRUCTION CO LLC, BOULEVARD INVEST LLC, ET AL** | **BREACH OF CONTRACT** | **EIGHTH JUDICIAL DISTRICT COURT OF NV** | **PENDING** |
| **07A549204 LAMAR CENTRAL OUTDOOR LLC VS STEVE WYRICK, MARKETING FACTOR LLC, ET AL** | **BREACH OF CONTRACT** | **EIGHTH JUDICIAL DISTRICT COURT OF NV** | **DISMISSED** |
| **08A561018 FRANZ HARARY VS STEVE WYRICK** | **BREACH OF CONTRACT** | **EIGHTH JUDICIAL DISTRICT COURT OF NV** | **PENDING** |
| **09A584359 MARKETING FACTOR LLC VS STEVE WYRICK, LAS VEGAS THEATRE LTD LLLP, ET AL** | **BREACH OF CONTRACT** | **EIGHTH JUDICIAL DISTRICT COURT OF NV** | **PENDING** |
| **A-09-595962-C STEVE WYRICK, PLAINTIFF(S) VS PYRITZ PYROTECHNICS GROUP LLC, DEFENDANT(S)** | **BREACH OF CONTRACT** | **EIGHTH JUDICIAL DISTRICT COURT OF NV** | **PENDING** |
| **A-09-597142-C JEFFREY JAY, PLAINTIFF(S) VS. STEVE WYRICK, DEFENDANT(S)** | **NEGLIGENCE** | **EIGHTH JUDICIAL DISTRICT COURT OF NV** | **PENDING** |
| **A-09-605727-C NATIONAL CONCERTS LLC, PLAINTIFF(S) VS. WYRICK MAGICAL PRODUCTIONS, DEFENDANT(S)** | **BREACH OF CONTRACT** | **EIGHTH JUDICIAL DISTRICT COURT** | **PENDING** |
| **A-10-606975-C BOULEVARD INVEST LLC, PLAINTIFF(S) VS WYRICK MAGICAL PRODUCTIONS INC. DEFENDANT(S)** | **BREACH OF CONTRACT** | **EIGHTH JUDICIAL DISTRICT COURT OF NV** | **PENDING** |
| **A578795 CBS OUTDOOR, INC. V. WYRICK MAGICAL PRODUCTION, INC. ET AL** | **BREACH OF CONTRACT** | **DISTRICT COURT CLARK COUNTY, NEVADA** | **PENDING** |
| **2:09-CV-02104-PMP-LRL HT REST VEGAS, LLC V. STEVE WYRICK ET AL.** | | **UNITED STATES DISTRICT COURT DISTRICT OF NEVADA** | **PENDING** |
| **A539874 SEIBERT DESIGN, INC. V. BOULEVARD INVEST, LLC ET AL.** | **BREACH OF CONTRACT** | **DISTRICT COURT CLARK COUNTY, NEVADA** | **JUDGMENT ENTERED 07/07/09** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5.  Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **BOULEVARD INVEST, LLC DBA MIRACLE MILE SHOPES AT PLANET HOLLYWOOD RESORT C/O LEACH JOHNSON SONG & GRUCHOW 5495 S. RAINBOW BLVD., SUITE 202 LAS VEGAS, NV 89118** | **JANUARY 15, 2010** | **FORECLOSURE OF THEATER, VALUED AT $16,000,000** |
| **STEVEN TEBO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1590 BROADWAY BOULDER, CO 80302** | **JANUARY 10, 2009** | **REPOSSESSION OF MOTORCYCLE, VALUED AT $250,000.00.** |
| **STEVEN TEBO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1590 BROADWAY BOULDER, CO 80302** | **NOVEMBER 2009** | **REPOSSESSION OF PICTURES & POSTERS VALUED AT $600,000.00.** |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

5

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LARSON & STEPHENS, LLC**<br>**810 S. CASINO CENTER BLVD.**<br>**SUITE 104**<br>**LAS VEGAS, NV 89101** | **MAY 2010** | **$10,000.00** |

**10. Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **KAILO MESSIER**<br>**2441 CHAPARRAL DRIVE**<br>**LAKE HAVASU CITY, AZ 86403** | | **2000 PORSCHE 911, VALUE RECEIVED $12,000.00. MONEY USED TO PURCHSE 2007 PORSCHE 911.** |
| **WYRICK TELEVISION, INC**<br><br>**COMPANY** | | **2010 FORD MUSTANG - TRADED IN** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

**11.  Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **US BANK**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**2300 W. SAHARA #200**<br>**LAS VEGAS, NV 89102** | **CHECKING ENDING IN #9291** | **$56 03/2010** |
| **US BANK**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**2300 W. SAHARA #200**<br>**LAS VEGAS, NV 89102** | **CHECKING ENDING IN #6172** | |
| **US BANK** | **CHECKING ENDING IN #5097** | **APRIL 2009, ACCOUNT WAS PAID ON MAY 22, 2009 FOR NEGATIVE BALANCE OF $355.88** |

**12.  Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **US BANK** | **GALE STEVE WYRICK** | **UNKNOWN, DEBTOR LOST KEY** | |

**13.  Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR          DATE OF SETOFF          AMOUNT OF SETOFF

**14.  Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2858 RED ARROW DRIVE LAS VEGAS, NV 89135** | **STEVE WYRICK** | |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **STEVE WYRICK MERCHANDISING, INC** | | **2858 RED ARROW DRIVE LAS VEGAS, NV 89135** | **ENTERTAINMENT** | **AUGUST 2009 TO PRESENT** |
| **LVT MANAGEMENT, LLC** | 20-4839931 | **3663 LAS VEGAS BLVD SOUTH #454 LAS VEGAS, NV 89109** | **ENTERTAINMENT** | **APRIL 2006 TO 2009** |
| **WYRICK MAGICAL PRODUCTIONS, INC** | | **2858 RED ARROW DR LAS VEGAS, NV 89135** | **ENTERTAINMENT** | **DECEMBER 2003 TO DECEMBER 2009** |
| **TRIQ ULTRA LOUNGE** | 65-1257752 | **3664 LAS VEGAS BLVD SOUTH #454 LAS VEGAS, NV 89109** | **BAR** | **2007 TO 2009** |
| **WYRICK TELEVISION, INC** | 27-1272618 | | **ENTERTAINMENT** | **2009 TO CURRENT** |

None
■     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS


   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

9

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **May 17, 2010**                                 Signature **/s/ GALE STEVEN WYRICK**
                                                              **GALE STEVEN WYRICK**
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re   **GALE STEVEN WYRICK**

Debtor(s)

Case No.

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**BYRON BURK BARR** | **Describe Leased Property:**<br>**SECURITY AGREEMENT(S)** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**CARL ROSS/SAFARI BUSINESS PARK** | **Describe Leased Property:**<br>**PROMISSORY NOTE** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ■ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**CHASE VENTURES** | **Describe Leased Property:**<br>**PROMISSORY NOTE FOR WORKING CAPITAL FOR LAS VEGAS THEATRE LTD., LLP** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ■ NO |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>**HOLLIS CAMPBELL** | **Describe Leased Property:**<br>**SECURITY AGREEMENT** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ■ NO |

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br>**HOLLIS CAMPBELL** | **Describe Leased Property:**<br>**PROMISSORY NOTE FOR WORKING CAPITAL FOR WYRICK MAGICAL PRODUCTIONS DURING TRANSITION OF OLD SHOW TO NEW SHOW AND INITIAL CONSTRUCTION COSTS OF THE NEW THEATRE** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ■ NO |

| Property No. 6 | | |
|---|---|---|
| **Lessor's Name:**<br>**HOLLIS CAMPBELL** | **Describe Leased Property:**<br>**PROMISSORY NOTE FOR DOWN PAYMENT OF DEBTOR'S RESIDENCE** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ■ NO |

| Property No. 7 | | |
|---|---|---|

B8 (Form 8) (12/08)                                                                                                           Page 3

| Lessor's Name:<br>HOLLIS CAMPBELL | Describe Leased Property:<br>PROMISSORY NOTE FOR WORKING<br>CAPITAL FOR WYRICK MAGICAL<br>PRODUCTIONS DURING TRANSITION<br>OF OLD SHOW TO NEW SHOW AND<br>EXCESS HOUSE PAYMENTS ON<br>DEBTOR'S RESIDENCE | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |

Property No. 8

| Lessor's Name:<br>HOLLIS CAMPBELL | Describe Leased Property:<br>PROMISSORY NOTE FOR WORKING<br>CAPITAL FOR TRIQ ULTRA LOUNGE,<br>INC. | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |

Property No. 9

| Lessor's Name:<br>INFINITE PROPERTIES AND<br>DEVELOPMENT CORP | Describe Leased Property:<br>UNIT PURCHASE OPTION AGREEMENT | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |

Property No. 10

| Lessor's Name:<br>STEVEN TEBO | Describe Leased Property: | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |

Property No. 11

| Lessor's Name:<br>WYRICK MAGICAL PRODUCTIONS, INC. | Describe Leased Property:<br>THEATRE ENGAGEMENT AGREEMENT | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __May 17, 2010__                    Signature    __/s/ GALE STEVEN WYRICK__
                                                      **GALE STEVEN WYRICK**
                                                      Debtor

# United States Bankruptcy Court
## District of Nevada

In re   **GALE STEVEN WYRICK**

Case No.

Debtor(s)

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

■ Debtor        □ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor        □ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

□  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 17, 2010**

**/s/ Zachariah Larson**
**Zachariah Larson 7787**
**LARSON & STEPHENS, LLC**
**810 S. CASINO CENTER BLVD.**
**SUITE 104**
**LAS VEGAS, NV 89101**
**(702) 382-1170   Fax: (702) 382-1169**
**zlarson@lslawnv.com**

---

# United States Bankruptcy Court
## District of Nevada

In re    **GALE STEVEN WYRICK**                                      Case No.

Debtor(s)                     Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **May 17, 2010**                          **/s/ GALE STEVEN WYRICK**
                                                 **GALE STEVEN WYRICK**
                                                 Signature of Debtor

GALE STEVEN WYRICK
3258 DOVE RUN CREEK DR
LAS VEGAS, NV 89135

Zachariah Larson
LARSON & STEPHENS, LLC
810 S. CASINO CENTER BLVD.
SUITE 104
LAS VEGAS, NV 89101

4 WALL LIGHTING
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
3325 W SUNSET RD SUITE F
LAS VEGAS, NV 89118

A STORAGE ON WHEELS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5085 CECILE AVE.
LAS VEGAS, NV 89115

ACE USA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
ACE USA DEPT CH 14089
PALATINE, IL 60055-4089

ADAM CURTIS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4565 WYNN ROAD
LAS VEGAS, NV 89103

ADAMS LAW GROUP
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
9681 W SAHARA AVE #280
LAS VEGAS, NV 89117

ADVANCED ENTERTAINMENT SERVICES
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
TOM GITTENS
4325 W RENO AVE
LAS VEGAS, NV 89118

AGILYSYS NV, LLC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
1858 PAYSPHERE CIRCLE
CHICAGO, IL 60674

ALBEN / MIDORI PRODUCTIONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1750 ONIPAA STREET
HONOLULU, HI 96819

ALLEGIANT AIR
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
8360 S DURANGO DR
LAS VEGAS, NV 89113

AMEX
Acct No xxxxxxxxxxxx1643
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 297871
FORT LAUDERDALE, FL 33329

ANDREW DICE CLAY / MIKE TRICARICHI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
341 ARBOUR GARDEN AVENUE
LAS VEGAS, NV 89148

ANDREW DICE CLAY / MIKE TRICARICHI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
20 HAWK RIDGE
LAS VEGAS, NV 89135

ASCAP
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
21678 NETWORK PLACE
CHICAGO, IL 60673-1216

ASHLEY HALL
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
4651 WHITE ROCK DR
LAS VEGAS, NV 89121

BAMBERGER, FOREMAN, OSWALD AND HAHN, LLP
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 657
EVANSVILLE, IN 47704-0657

BERT L HOWE & ASSOCIATES
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
5415 EAST LAPALMA AVE
ANAHEIM, CA 92807

BETTY REILLY
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
400 BOLSA CT
LAS VEGAS, NV 89110

BILLIE J. WYRICK
ATTN: BANKRUPTCY DESK/MANAGING AGENT
3258 DOVE RUN CREEK
LAS VEGAS, NV 89135

BILLIE J. WYRICK
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3258 DOVE RUN CREEK
LAS VEGAS, NV 89135

BLONDIES
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT

BMI
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
10 MUSIC SQUARE EAST
NASHVILLE, TN 37203

BONANZA BEVERAGE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6333 ENSWORTH STREET
LAS VEGAS, NV 89193

BOULEVARD INVEST, LLC DBA MIRACLE MILE
SHOPES AT PLANET HOLLYWOOD RESORT
C/O LEACH JOHNSON SONG & GRUCHOW
5495 S. RAINBOW BLVD., SUITE 202
LAS VEGAS, NV 89118

BRANDON M. BARKHUFF, ESQ.
MCDONALD CARANO WILSON, LLP
2300 W. SAHARA AVE., SUITE 1000
LAS VEGAS, NV 89102

BRIAN HOWE
C/O POIECES LAS VEGAS
PO BOX 400685
LAS VEGAS, NV 89140

BROCKETT FILM FAUNA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
437 W CARLISLE
WESTLAKE VILLAGE, CA 91361

BRUCE SNEATH
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
6971 ARVILLE
LAS VEGAS, NV 89118

BULBMAN LAS VEGAS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 12280
RENO, NV 89510

BURLINGTON INSURANCE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
238 INTERNATIONAL ROAD
BURLINGTON, NC 27215

BYRON BURK BARR
6116 N. CENTRAL EXPRESSWAY, STE. 921
DALLAS, TX 75206

BYRON BURKE BARR
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
6116 N CENTRAL EXPRESSWAY, STE. 921
DALLAS, TX 75206

BYRON BURKE BARR
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6116 N. CENTRAL EXPRESSWAY, STE. 921
DALLAS, TX 75206

CARL ROSS/SAFARI BUSINESS PARK
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7850 S. DEAN MARTIN DRIVE, STE. 502
LAS VEGAS, NV 89139

CARL ROSS/SAFARI BUSINESS PARK
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
7850 S. DEAN MARTIN DRIVE, STE. 502
LAS VEGAS, NV 89139

CASINO LIGHTING & SIGN
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
3665 W DIABLO DR
LAS VEGAS, NV 89118

CBIZ ACCOUNTING, TAX AND ADVISORY
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
FILE 50441
LOS ANGELES, CA 90074

CBS OUTDOOR, INC.
C/O DUBOWSKY LAW OFFICE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
330 SOUTH THIRD STREET, STE. 680
LAS VEGAS, NV 89101

CENTURY LINK
Acct No xxxxxxx4323
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
P.O. BOX 660068
DALLAS, TX 75266

CHASE VENTURES
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
HOLLIS CAMPBELL
311 CREEKVIEW CR
DALLAS, TX 75206

CITY OF LAS VEGAS
Acct No xxxx737H
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
400 STEWART AVENUE
LAS VEGAS, NV 89101-2986

CLARK COUNTY DEPT. OF BUSINESS LICENSE
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
500 S. GRAND CENTRAL PKWY.
PO BOX 551810
LAS VEGAS, NV 89155-1810

CLARK COUNTY FIRE DEPARTMENT
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
575 E. FLAMINGO ROAD
LAS VEGAS, NV 89119

CLEAR CHANNEL BROADCASTING
C/O BANKRUPTCY DEPT. / MANAGING AGENT
FILE # 91100
LOS ANGELES, CA 90074-1100

CLEAR CHANNEL OUTDOOR
C/O BANKRUPTCY DEPT. / MANAGING AGENT
2880-B MEADE AVE
SUITE B
LAS VEGAS, NV 89123

CLEAR CHANNEL TAX MEDIA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
FILE #30005 PO BOX 60000
SAN FRANCISCO, CA 94160-0001

CLOWN ACTION PRODUCTIONS / AGA BOOM
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8416 BAYCREST DRIVE
LAS VEGAS, NV 89128

COMMERCIAL EQUIPMENT LEASE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 11826
EUGENE, OR 97440

COMMERCIAL HARDWARE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
3725 W RUSSELL RD
LAS VEGAS, NV 89118

COMMERCIAL TRADE, INC.
Acct No xxxxxx3737
C/O SANDRA KUHN MCCORMACK
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5330 OFFICE CENTER COURT, SUITE C
BAKERSFIELD, CA 93309

CREATIVE PUBLISHING SOLUTIONS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
209 E GORDON
LAYTON, UT 84041

CREDIT CONTROL CORP
Acct No xxxxxx1399
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
11821 ROCK LANDING DR
NEWPORT NEWS, VA 23606

CREDIT MANAGEMENT ASSOCIATION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
40 E. VERDUGO AVE. 2ND FLOOR
BURBANK, CA 91502

CRESCENDO MANAGEMENT, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10606 SAN PALATINA STREET
LAS VEGAS, NV 89141

CSR ASSOCIATES OF NEVADA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2330 PASEO DEL PRADO SUITE 303
LAS VEGAS, NV 89102

CURTIS STEEL
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
4565 WYNN
LAS VEGAS, NV 89103

CURTIS STEEL CO
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
4565 WYNN ROAD
LAS VEGAS, NV 89103

DARLENE SPINNEY
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
742 VORTEX AVE
HENDERSON, NV 89002

DEFENDING THE CAVEMAN
C/O THEATER MOGUL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
320 W. 37TH STREET, 8TH FLOOR
NEW YORK, NY 10018

DEFENDING THE CAVEMAN
C/O CAVEMAN VEGAS, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3175 N. BROADWAY STREET
CHICAGO, IL 60657

DESERT PASSAGE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 1236
NEWARK, NJ 07101-1236

DEWITT KITCHEN DESIGNS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
124717 VENTURA BLVD
STUDIO CITY, CA 91604

DIELCO CRANE SERVICE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
5454 S ARVILLE
LAS VEGAS, NV 89118

DILIGENZ, INC.
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
6500 HARBOUR HEIGHTS PKWY. #400
MUKILTEO, WA 98275

DISCOVER FINANCIAL SERVICES
Acct No xxxxxxxxxxxx1991
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 15316
WILMINGTON, DE 19850

DYMANIC SCENERY
5720 PROCYON
LAS VEGAS, NV 89118

EDF
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8210 LANKERSHIM BLVD., UNIT 13
NORTH HOLLYWOOD, CA 91605

EMBARQ FAX
Acct No xxxx5542
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 660068
DALLAS, TX 75266-0068

ERIC KIVOR
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5 KENNEDY DRIVE
MARLBORO, NJ 07746

ESQUIRE- LAS VEGAS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2700 CENTENNIAL TOWER 101
ATLANTA, GA 30303

EXECUTIVE FLORAL
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
3111 SOUTH VIEW BLVD #J-101
LAS VEGAS, NV 89102

EXHIBIT CITY NEWS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
1675 EAST DESERT INN
LAS VEGAS, NV 89169

```
FARRINGTON PRODUCTIONS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
4350 S ARVILLE
SUITE 15
LAS VEGAS, NV 89109

FENNEMORE CRAIG, P.C.
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
3003 N. CENTRAL AVE. #2600
PHOENIX, AZ 85012-2913

FIFTH THIRD BANK (SOUTHERN INDIANA)
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
20 NW THIRD STREET 1MOC2A
EVANSVILLE, IN 47739

FRANZ HARARY DBA ODYSSEY IN ILLUSION,INC
C/O MUIJE & VARRICCHIO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1320 S. CASINO CENTER BLVD.
LAS VEGAS, NV 89104

FRY FABRICATION
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2208 S 15TH ST
PHOENIX, AZ 85034

FUN CITY POPCORN
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
3211 SUNRISE AVE
LAS VEGAS, NV 89101

FUN INCORPORATED/FISH LOVE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2100 NORTH MAJOR
CHICAGO, IL 60639

GAZILLION BUBBLE SHOW
C/O SPLINTER GROUP PRODUCTIONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1501 BROADWAY #1202
NEW YORK, NY 10036

GAZILLION BUBBLE SHOW
C/O SPLINTER GROUP PRODUCTIONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1500 BROADWAY #2001
NEW YORK, NY 10036

GENE GAMALINDA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2525 PLAZA EVA
CHULA VISTA, CA 91914
```

GENE GAMALINDA / MARTIN NIEVERA
E TALENT PRODUCTIONS, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1059 TIERRA DEL REY
CHULA VISTA, CA 91910

GILL'S PRINTING & COLOR GRAPHICS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 97598
LAS VEGAS, NV 89193

GLOBAL ENTERTAINMENT
LORD OF THE DANCE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5052 S. JONES #100
LAS VEGAS, NV 89118

GRAINGER
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
DEPT 870762663
PO BOX 419267
KANSAS CITY, MO 64141

GRANT WALSH
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
MULLIN LAW 2425 N CENTRAL EXPY
#200
RICHARDSON, TX 75080

GRAPHICS WEST
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
3901 GRAPHIC CENTER
LAS VEGAS, NV 89118

HARMON MEDICAL CENTER
Acct No xxxx468P
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
DEPT. 8174
LOS ANGELES, CA 90084

HARVARD COLLECTION SERVICES, INC.
Acct No xxxx5542
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4839 N. ELSTON AVENUE
CHICAGO, IL 60630-2534

HAWAIIAN TROPIC ZONE RESTAURANT
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
3663 LAS VEGAS BLVD SOUTH
SUITE 730
LAS VEGAS, NV 89109

```
HOLLIS CAMBELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
311 CREEKVIEW CIRCLE
CRANDALL, TX 75114

HOLLIS CAMPBELL
8405 C.F. HAWN FRWY
DALLAS, TX 75217

HOLLIS CAMPBELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
311 CREEKVIEW CIRCLE
CRANDALL, TX 75114

HOLLIS CAMPBELL/ STAR MOBILE HOMES
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
311 CREEKVIEW CR
CRANDALL, TX 75114

HT REST VEGAS, LLC
C/O BECK PINGEL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
701 N. GREEN VALLEY PKWY, SUITE 200
HENDERSON, NV 89074

IEM
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
24516 NETWORK PLACE
CHICAGO, IL 60673

ILLUSION PROJECTS / TIM CLOTHIER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10620 SOUTHERN HIGHLANDS PARKWAY
SUITE 110-403
LAS VEGAS, NV 89141

INFINITE PROPERTIES AND DEVELOPMENT CORP
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6971 ARVILLE STREET
LAS VEGAS, NV 89118

INFINITE PROPERTIES AND DEVELOPMENT CORP
6971 ARVILLE STREET
LAS VEGAS, NV 89118

INTERNAL REVENUE SERVICE
C/O BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 21126
PHILADELPHIA, PA 19114-0326

JAMS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 512850
LOS ANGELES, CA 90051
```

```
JAN ROUSSEAUX
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
9013 DOVE RIVER
LAS VEGAS, NV 89134

JEFFREY T. JAY
C/O PATRICK MURPHY & MICHAEL SMALL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1100 E. BRIDGER AVE.
LAS VEGAS, NV 89101

JONES VARGAS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3773 H. HUGHES PKWY., THIRD FLOOR SOUTH
LAS VEGAS, NV 89109

JR LIGHTING
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
9 BROOKS
NORTH LAS VEGAS, NV 89030

KNIGHT ADJUSTMENT BUREAU
ATTN: BANKRUTPCY DESK/MANAGING AGENT
2920 N. GREEN VALLEY PKWY. #321
HENDERSON, NV 89014

LA SALSA CANTINA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
3663 S LAS VEGAS BLVD
SUITE 380
LAS VEGAS, NV 89109

LAS VEGAS COLOR GRAPHICS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
4265 W SUNSET ROAD
LAS VEGAS, NV 89119

LAS VEGAS COLOR GRAPHICS
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
4265 W. SUNSET RD.
LAS VEGAS, NV 89118

LAS VEGAS CYCLEWORKS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2980 S SANDHILL RD
LAS VEGAS, NV 89121

LAS VEGAS MANAGEMENT
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
STEPHEN TEBO
1590 BROADWAY
BOULDER, CO 80302
```

```
LAS VEGAS MANAGEMENT
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
HOLLIS CAMPBELL
311 CREEKVIEW
CRANDALL, TX 75114

LAS VEGAS MANAGEMENT
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
STEVE WYRICK
3258 DOVE RUN CREEK
LAS VEGAS, NV 89135

LAS VEGAS THEATRE, LLP
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
STEPHEN TEBO
1590 BROADWAY
BOULDER, CO 80302

LAS VEGAS THEATRE, LLP
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
HOLLIS CAMPBELL
311 CREEKVIEW CR
CRANDALL, TX 75114

LAS VEGAS THEATRE, LLP
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
STEVE WYRICK
3258 DOVE RUN CREEK
LAS VEGAS, NV 89135

LENDALL MAINS ARCHITECT
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
10624 S EASTERN AVE
SUITE A332
HENDERSON, NV 89052

LET ME OUT PRODUCTIONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT

LOMBARDI'S ROMAGNA MIA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
3663 LAS VEGAS BLVD
LAS VEGAS, NV 89109

LONG BUILDING TECHNOLOGIES, INC.
Acct No x2659
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5001 SOUTH ZUNI STREET
LITTLETON, CO 80120

LONNIE HAMMIJRIN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4318 RIDGECREST DRIVE
LAS VEGAS, NV 89121
```

```
LVNV FUNDING LLC
Acct No xxxxxxxxxxxx8891
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 740281
HOUSTON, TX 77274

M.H. COHEN, ESQ.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 636
MORTON GROVE, IL 60053

MEDIC WEST AMBULANCE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9 WEST DELHI
NORTH LAS VEGAS, NV 89032

MELANIE VAN BURCH (BUCKLEY)
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 35977
LAS VEGAS, NV 89133

MIKE KAWATA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
5406 SAN BELLACRE
LAS VEGAS, NV 89141

MORRIS VISITOR PUBLICATIONS, LLC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
101 CONVENTION CENTER DRIVE
SUITE 680
LAS VEGAS, NV 89109

MT. ROSE INSURANCE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 17217
RENO, NV 89511

MULLIN LAW, PC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2425 N. CENTRAL EXPRESSWAY #200
RICHARDSON, TX 75080

NATIONAL ARTISTS CORPORATION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2890 PILOT ROAD #B
LAS VEGAS, NV 89119

NATIONAL CONCERTS LLC
C/O KOCH & SCOW
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
11500 S. EASTERN AVE., SUITE 210
HENDERSON, NV 89052
```

NEVADA BEVERAGE COMPANY
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
FILE 50950
LOS ANGELES, CA 90074

NEVADA BOTTLED WATER INC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
1415 S ARVILLE ST
SUITE 102
LAS VEGAS, NV 89102

NEVADA DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1550 COLLEGE PARKWAY #115
CARSON CITY, NV 89706

NEVADA LINEN
ATTN: BANKRUPTCY DESK/MANAGING AGENT
3960 W. MESA VISTA AVE.
LAS VEGAS, NV 89118

NRNSIG
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
575 S SALIMAN ROAD
CARSON CITY, NV 89701

O'CONNOR CONSTRUCTION MANAGEMENT
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
8851 RESEARCH  DRIVE
IRVINE, CA 92618

OFFICE DEPOT
Acct No xxxx-xxxx-xxxx-4307
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 9020
DES MOINES, IA 50368-9020

ONBOARD MEDIA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
1691 MICHIGAN AVE
SUITE 600
MIAMI BEACH, FL 33139

OUTDOOR SOLUTIONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7935 W. SAHARA AVE., SUITE 201
LAS VEGAS, NV 89117

PACIFIC MONARCH RESORTS, INC.
ATTN: BANKRUPTCY DESK/MANAGING AGENT
8335 S. LAS VEGAS BLVD.
LAS VEGAS, NV 89123

PAMPAS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
3663 LAS VEGAS BLVD SOUTH
SUITE 610
LAS VEGAS, NV 89109

PEEL BRIMLEY, LLP
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
3333 E. SERENE AVE., SUITE 200
HENDERSON, NV 89074

PEPSI-COLA
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
CUSTOMER SERVICE
PO BOX 75948
CHICAGO, IL 60675-5948

PITNEY BOWES
Acct No xxxx-xxxx-xxxx-9332
C/O BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 856460
LOUISVILLE, KY 40285-6460

PRECISION COLOR DIGITAL IMAGING
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
4475 W SUNSET RD
LAS VEGAS, NV 89118

PRG DBA: PRD LIGHTING
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
6050 S VALLEY VIEW
LAS VEGAS, NV 89118

PROFESSIONAL DOCUMENT PRODUCTS
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
3371 W. OQUENDO RD.
LAS VEGAS, NV 89118

PROPPER ENTERTAINMENT
C/O GARY PROPPER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5857 MAGJESTIC TIDE AVE.
LAS VEGAS, NV 89131

PUBLIC STORAGE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
1400 E TROPICANA
LAS VEGAS, NV 89119

PYRITZ PYROTECHNICS GROUP, LLC
C/O DARRELL DENNIS & STEVEN ABOTT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
400 SOUTH FOURTH STREET, STE. 500
LAS VEGAS, NV 89101

QUALITY MECHANICAL CONTRACTORS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
3175 WESTWOOD DR
LAS VEGAS, NV 89109

RADIO SHACK- NORTHLAND GROUP
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 390846 EDINA
MINNEAPOLIS, MN 55439

RC WILLEY HOME FURNITURE
Acct No xxxxxx0558
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2301 S. 300 W.
SALT LAKE CITY, UT 84115

RECEIVABLE MANAGMENT SERVICES
Acct No 804501500663371
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4836 BRECKVILLE ROAD
RICHFIELD, OH 44286

RED BULL NORTH NORTH AMERICA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
DEPT 9691
LOS ANGELES, CA 90084

ROGERS AND COWAN
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
8687 MELROSE AVE
7TH FLOOR
WEST HOLLYWOOD, CA 90069

RONN LUCAS
C/O LEMME OUT PRODUCTIONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
11601 WILSHIRE BLVD. #2200
LOS ANGELES, CA 90025

ROSENFELD ROBERSON
ATTN: BANKRUPTCY DESK/MANAGING AGENT
6725 VIA AUSTI PKWY. #200
LAS VEGAS, NV 89119

RYCRAFT LAW OFFICE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2470 ST. ROSE PKWY
SUITE 102
HENDERSON, NV 89074

SEASONS FLORAL BOUTIQUE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
7835 SOUTH RAINBOW BLVD SUITE 18
LAS VEGAS, NV 89139

SELBERT DESIGNS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
5015 SCHUSTER ST
LAS VEGAS, NV 89109

SHOWCASE PRODUCTIONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
140 PARKHOUSE
DALLAS, TX 75207

SILVER STATE WIRE ROPE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
8740 S JONES
LAS VEGAS, NV 89109

SNELL, WYLIE & TIBBALS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
8150 NORTH CENTRAL EXPWY
SUITE 1800
DALLAS, TX 75206

SOUTHERN WINE & SPIRITS OF NEVADA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 19299
LAS VEGAS, NV 89132

SPARKLETTS
C/O BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 660579
DALLAS, TX 75266-0579

STAR HOMES
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
8405 CF HAWN FRWY
DALLAS, TX 75217

STAR MOBILE HOMES
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2537 S FM 148
CRANDALL, TX 75114

STAR STUDIOS / STEVE LEE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5565 S. DECATUR BLVD., #104
LAS VEGAS, NV 89118

STARPOINT
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
99 CONVENTION CENTER DR.
LAS VEGAS, NV 89109

STATE OF NEVADA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 52614
PHOENIX, AZ 85072-2614

STATEWIDE FIRE PROTECTION
C/O BANKRUPTCY DEPT/MANAGING AGENT
3130 WESTWOOD DRIVE
LAS VEGAS, NV 89101

STEPHEN TEBO/ TMLV LLC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
1590 BROADWAY
BOULDER, CO 80302

STEVEN TEBO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1590 BROADWAY
BOULDER, CO 80302

SUBURBAN ELEVATOR OF NEVADA
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
5 EXECUTIVE COURT UNIT 1
BARRINGTON, IL 60010

TD PRODUCTIONS / TOM DANE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
147 BROKEN TEE
HENDERSON, NV 89074

TELECOM
C/O BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 172567
DENVER, CO 80217-2567

THE MARKETING FACTOR, LLC
C/O JIMMERSON HANSEN P.C.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
415 S. SIXTH STREET, STE. 100
LAS VEGAS, NV 89101

THE MASON AND DIXON LINES, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
12755 E. NINE MILE ROAD
WARREN, MI 48089

THOMAS COOK/AIR TOURS
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
5030 PARADISE RD.
BLDG C NO. 214
LAS VEGAS, NV 89119

TIME WARNER TELECOM HOLDINGS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 172567
DENVER, CO 80217

```
TRENT CARLINI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2657 WINDMILL PARKWAY #306
HENDERSON, NV 89074

ULINE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2200 S LAKESIDE DRIVE
WAUKEGAN, IL 60085

US FOODSERVICE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 3911
LAS VEGAS, NV 89127-3911

WELLS FARGO
Acct No xxxxxxxxx6492
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
MAC: P6053-021
PORTLAND, OR 97208-5058

WELLS FARGO BANK, N.A.
Acct No xxxxxx6351
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6995
PORTLAND, OR 97228-6995

WELTMAN, WEINBERG & REIS CO
ATTN: BANKRUPTCY DESK/MANAGING AGENT
175 S. THIRD ST. #900
COLUMBUS, OH 43215

WES WINTERS
C/O 88 KEYS PRODUCTIONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 93803
LAS VEGAS, NV 89193

WES WINTERS
C/O ROD RESERVE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2084 GABRIEL
LAS VEGAS, NV 89119

WHAT'S ON
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
980 KELLY JOHNSON DR
SUITE 100
LAS VEGAS, NV 89119

WIRTZ BEVERAGE NEVADA, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1849 W. CHEYENNE AVE.
NORTH LAS VEGAS, NV 89032
```

```
WYRICK MAGICAL PRODUCTIONS, INC.
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
6116 N CENTRAL EXPRESSWAY
BB BARR
DALLAS, TX 75206

WYRICK MAGICAL PRODUCTIONS, INC.
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
STEVE WYRICK
3258 DOVE RUN CREEK
LAS VEGAS, NV 89135
```